```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE F05-0014--CV (RRB)
                                    "GEORGE WALTON JR V USA"

                       Including terminated parties, excluding terminated counsel


   Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/03/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1          WALTON, GEORGE JR.                 George Walton, Jr
                                                    Pro Per: 14739-006
                                                    FCI Sheridan
                                                    PO Box 5000
                                                    Sheridan, OR 97378-5000


DEF 1.1          USA                                Richard L. Pomeroy
                                                    U.S. Attorney's Office
                                                    222 W. 7th Avenue, #9
                                                    Anchorage, AK 99513-7567
                                                    907-271-5071

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE F05-0014--CV (RRB)
                              "GEORGE WALTON JR V USA"

                                 For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/03/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:


Document #   Filed      Docket text

NOTE -   1   06/03/05   Notation: all docketing will be in criminal case number F04-0005 CR
                        (RRB) only.
```